**STEVEN S. DIAS #251138**
**ROBIN M. HALL #256520**
**WILD, CARTER & TIPTON**
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 354-0318
sdias@wctlaw.com

Attorneys for Plaintiff, Mario Cuadra

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CUADRA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE BROWN SPORTS CLUB-PALM, INC., et al., <br><br> Defendants. | Case No. 1:17-CV-01063 DAD EPG <br><br> **STIPULATION AND ORDER REGARDING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE** <br><br> Date: November 16, 2017 <br> Time: 9:00 a.m. <br> Judge: Erica P. Grosjean |

Plaintiff, MARIO CUADRA, and Defendants, JOHNSTON CONTRACTING, INC. and GEORGE BROWN SPORTS CLUB PALM LLC and GEORGE BROWN SPORTS CLUB, INC., by and through their attorneys of record, hereby stipulate as follows:

The parties have met and conferred as required by Federal Rules 16(b) and 26(f) and have been working diligently toward preparing the Joint Mandatory Scheduling Report. The parties that have already been identified hereby jointly request a ninety (90) day continuance of the November 16, 2017, at 9:00 a.m. Initial Scheduling Conference based upon the following:

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

1. Defendant, JOHNSTON CONTRACTING, INC., by and through their attorneys, filed a Third Party Complaint against WILLIAM McKEAND dba TEC SPEC; WCM, INC. dba TEC SPEC, a California corporation and ROES 1 to 50, inclusive on October 20, 2017 ("Third Party Defendant").

2. None of the Third Party Defendants have filed a responsive pleading to the Third Party Complaint of JOHNSTON CONTRACTING, INC.

3. On October 31, 2017, Third Party Defendant WILLIAM McKEAND dba TEC SPEC was served with the Third Party Summons and Third Party Complaint.

4. On October 25, 2017, Third Party Defendant, WCM, INC. dba TEC SPEC, a California corporation was served with the Third Party Summon and Third Party Complaint.

5. The Third Party Defendants recently served with the Third Party Summons and Third Party Complaint will have 21 days from the date they were served to file their Answers. The statute for the Third Party Defendant WILLIAM McKEAND dba TEC SPEC Answer will not expire until after the Initial Scheduling Conference currently set for November 16, 2017, at 9:00 a.m., and Third Party Defendant, WCM, INC. dba TEC SPEC's Answer is not due until the day before the currently set Initial Scheduling Conference.

6. Plaintiff has been in contact with defense counsel for GEORGE BROWN SPORTS CLUB requesting information regarding the manufacturer of the L-shaped, hold-up shower seat at issue. Plaintiff intends on amending the Complaint to include the manufacturer of the seat.

7. Plaintiff intends dismiss GEORGE BROWN SPORTS CLUB-PALM, INC. as the proper name for this Defendant will need to be amended in the First Amended Complaint to be GEORGE BROWN SPORTS CLUB PALM LLC.

THEREFORE, it is respectfully requested that the Initial Scheduling Conference currently scheduled for November 16, 2017, at 9:00 a.m. be continued at least 90 days to allow all Defendants to be properly named, served with the Amended Summons and Amended Complaint and allowed time to file their respective Answers. This will allow all parties a

-2-

chance to participate in the Initial Scheduling Conference once they are identified and joined in this lawsuit.

This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original Stipulation, but all of which together shall constitute one and the same instrument. This Stipulation may be executed via facsimile and the signatures thereon shall be deemed original signatures.

Dated: November 9, 2017.　　　　　　By: /S/ Steven S. Dias
　　　　　　　　　　　　　　　　　　　　　STEVEN S. DIAS
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: November 9, 2017.　　　　　　By: /S/ Anthony N. DeMaria
　　　　　　　　　　　　　　　　　　　　　ANTHONY N. DeMARIA
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants, GEORGE
　　　　　　　　　　　　　　　　　　　　　BROWN SPORTS CLUB PALM LLC,
　　　　　　　　　　　　　　　　　　　　　et al.

Dated: November 9, 2017.　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　T. PATRICK LONG or
　　　　　　　　　　　　　　　　　　　　　WARREN B. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, JOHNSTON
　　　　　　　　　　　　　　　　　　　　　CONTRACTING, INC.

Pursuant to the request of the parties, the Initial Scheduling Conference currently set for November 16, 2017, is CONTINUED and will now be held on March 7, 2018, at 10:00 a.m. A joint scheduling report is due one full week prior to the conference.

IT IS SO ORDERED.

Dated:　**November 13, 2017**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

**WILD, CARTER & TIPTON**
A Professional Corporation
246 WEST SHAW AVENUE
FRESNO, CA 93704

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE