**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO CUADRA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE BROWN SPORTS CLUB-PALM, INC.; GEORGE BROWN SPORTS CLUB, INC.; JOHNSTON CONTRACTING, INC.; and DOES 1 THROUGH 100,<br><br>Defendants,<br><br>JOHNSTON CONTRACTING, INC., a California Corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>WILLIAM MCKEAND dba TEC SPEC, WCM, INC. dba TEC SPEC, a California corporation and ROES 1 to 50, inclusive,<br><br>Third Party Defendants. | Case No.: 1:17-CV-01063-DAD-EPG<br><br>**ORDER EXTENDING TIME FOR THIRD PARTY DEFENDANTS, WILLIAM MCKEAND and WCM, INC. dba TEC-SPEC CONSTRUCTORS TO RESPOND TO JOHNSTON CONTRACTING, INC.'S THIRD PARTY COMPLAINT**<br><br>Original response date: November 15, 2017<br>New date to respond: December 11, 2017<br><br>(ECF No. 22) |

Upon consideration of the Joint Stipulation submitted by Third Party Defendants, WILLIAM MCKEAND and WCM, INC. dba TEC-SPEC CONSTRUCTORS, and Third Party Plaintiff, JOHNSTON CONTRACTING, INC., to extend the time for Third Party Defendants to respond to the Third Party Complaint, IT IS HEREBY ORDERED that Third Party Defendants,

WILLIAM MCKEAND and WCM, INC. dba TEC-SPEC CONSTRUCTORS shall have until December 11, 2017 to respond to Third Party Complaint.

IT IS SO ORDERED.

Dated: **November 16, 2017**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE