**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| MARIO CUADRA,<br><br>　　Plaintiff,<br>　v.<br>GEORGE BROWN SPORTS CLUB-PALM, INC.; GEORGE BROWN SPORTS CLUB, INC.; JOHNSTON CONTRACTING, INC.; and DOES 1 THROUGH 100,<br><br>　　Defendants,<br>WCM, INC. dba TEC SPEC, a California Corporation<br><br>　　Third Party Plaintiff,<br>AMERICAN SPECIALTIES, INC.; KENNETH GLEN CLARK dba CLARK INSTALLATION; and ROES 1 to 25, inclusive,<br><br>　　Third Party Defendants. | Case No.: 1:17-CV-01063-DAD-EPG<br><br>**ORDER RE STIPULATION TO MUTUAL DISMISSAL, WITHOUT PREDJUDICE, OF AND BETWEEN WCM, INC. dba TEC SPEC CONSTRUCTORS AND AMERICAN SPECIALTIES, INC. FROM THEIR THIRD-PARTY COMPLAINT AND CROSS CLAIM, RESPECTIVELY, AND WAIVER OF COSTS**<br><br>**(ECF No. 60)** |

On July 5, 2018, the parties filed a stipulation (ECF No. 60) between Third-Party Defendant/Third-Party Plaintiff/Cross-Defendant, WCM, Inc. dba Tec Spec Constructors (hereinafter "WCM"), Third-Party Defendant/Cross-Claim Defendant/Cross-Claim Plaintiff, American Specialties, Inc. ("ASI"), Plaintiff, Mario

1

Cuadra, Defendant and Third-Party Plaintiff, Johnston Contracting, Inc. ("Johnston"), Defendants, George Brown Sports Club, Inc. and George Brown Sports Club Palm, Inc., and Third-Party Defendant/Cross-Claim Plaintiff/Cross-Claim Defendant, Kenneth Glen Clark dba Clark Installation, by and through their respective attorneys of record.

In light of the stipulation, WCM, Inc. dba Tec Spec Constructors and American Specialties, Inc. are dismissed from each other's Third-Party Complaint and Cross-Claim, respectively, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **July 5, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE