|   |   |
|---|---|
| MARIO CUADRA, | CASE NO.: 1:17-cv-01063-DAD-EPG |
| Plaintiff,<br>v.<br>GEORGE BROWN SPORTS CLUB-PALM, INC.; GEORGE BROWN SPORTS CLUB, INC.; JOHNSTON CONTRACTING, INC.; and DOES 1 to 100, inclusive,<br>Defendants. | **ORDER ON FIRST AMENDED STIPULATION TO DISMISS, WITHOUT PREJUDICE, WILLIAM MCKEAND FROM THE THIRD-PARTY COMPLAINT OF JOHNSTON CONTRACTING, INC.**<br><br>(ECF No. 62) |
| JOHNSTON CONTRACTING, INC., a California Corporation,<br>Third-Party Plaintiff,<br>v.<br>WILLIAM MCKEAND dba TEC SPEC; WCM, INC. dba TEC SPEC, a California corporation and ROES 1 to 50, inclusive,<br>Third-Party Defendants. |   |

On July 19, 2018, the parties filed a First Amended Stipulation to Dismiss, Without Prejudice, William McKeand from the Third-Party Complaint of Johnston Contracting, INC. (ECF No. 67). The Stipulation was signed by all the parties: Defendant/Third-Party Plaintiff

1

Johnston Contracting, Inc., Third-Party Defendants William McKeand and WCM, Inc. dba Tec Spec, Plaintiff Mario Cuadra, Defendants George Brown Sports Club, Inc. and George Brown Sports Club Palm, Inc., Third-Party Defendant/Cross-Claim Defendant/Cross-Claim Plaintiff American Specialties, Inc., and Third-Party Defendant/Cross-Claim Plaintiff/Cross-Claim Defendant Kenneth Clark dba Clark Installation. Accordingly, Third-Party William McKeand dba Tec Spec is dismissed from the Third-Party Complaint of Johnston Contracting, INC. without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).

IT IS SO ORDERED.

Dated: **July 19, 2018**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE