# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CUADRA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE BROWN SPORTS CLUB-PALM, INC.; GEORGE BROWN SPORTS CLUB, INC.; JOHNSTON CONTRACTING, INC.; AND DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND ALL RELATED MATTERS | CASE NO.: 1:17-cv-01063-DAD-EPG<br><br>**ORDER ON STIPULATION TO MUTUAL DISMISSAL, WITHOUT PREDJUDICE, OF AND BETWEEN KENNETH GLEN CLARK DBA CLARK INSTALLATIONAND AMERICAN SPECIALTIES, INC. FROM THEIR THIRD-PARTY CROSS CLAIMS, RESPECTIVELY, AND WAIVER OF COSTS**<br><br>(ECF No. 64) |

On July 23, 2018, the parties filed a stipulation to dismiss American Specialties, Inc. from Kenneth Glen Clark dba Clark Installation's Cross-Claim, without prejudice, and to dismiss Kenneth Glen Clark dba Clark Installation from American Specialties, Inc.'s First Amended Cross-Claim without prejudice. The Stipulation was signed by all the parties: Third-Party Defendant/Third-Party Cross-Claimant/Cross-Defendant Kenneth Glen Clark dba Clark Installation, Third-Party Defendant/Cross-Claim Defendant/Cross-Claimant American Specialties, Inc., Plaintiff Mario Cuadra, Defendant/Third-Party Plaintiff Johnston Contracting, Inc., Defendants George Brown Sports Club, Inc. and George Brown Sports Club Palm, Inc., and Third-Party Defendant/Third Party Plaintiff/Cross Defendant WCM, Inc. dba Tec-Spec Constructors. Accordingly, American Specialties, Inc. is dismissed from Kenneth Glen Clark dba

1 | Clark Installation's Cross-Claim, without prejudice, and Kenneth Glen Clark dba Clark
2 | Installation is dismissed from American Specialties, Inc.'s First Amended Cross-Claim without
3 | prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir.
4 | 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).

IT IS SO ORDERED.

Dated: **July 27, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE