```
STEVEN S. DIAS #251138
ROBIN M. HALL #256520
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 354-0318
sdias@wctlaw.com

Attorneys for MARIO CUADRA
```


FILED
SEP 07 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO CUADRA,

    Plaintiff,

v.

GEORGE BROWN SPORTS CLUB-PALM, LLC; GEORGE BROWN SPORTS CLUB, INC.; JOHNSTON CONTRACTING, INC.; and DOES 1 to 100, inclusive,

    Defendants.

Case No. 1:17-CV-01063 DAD EPG

**STIPULATION TO VACATE SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION ; ORDER**

Date: September 11, 2018
Time: 1:00 p.m.

Erica P. Grosjean, U.S. Magistrate

    Plaintiff, MARIO CUADRA, and Defendants, JOHNSTON CONTRACTING, INC. and GEORGE BROWN SPORTS CLUB PALM LLC and GEORGE BROWN SPORTS CLUB, INC., by and through their attorneys of record, hereby stipulate as follows:

    The Settlement Conference currently scheduled for Tuesday, September 11, 2018 at 1:00 p.m., before Magistrate Erica P. Grosjean, shall be vacated, in lieu of a private mediation with Hon. James A. Ardaiz, (Ret.) on Tuesday, September 11, 2018 at 9:00 a.m. at Baker, Manock & Jensen at 5260 N. Palm Ave., Fresno, California.

-1-

STIPULATION TO VACATE SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION

This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original Stipulation, but all of which together shall constitute one and the same instrument. This Stipulation may be executed via facsimile and the signatures thereon shall be deemed original signatures.

Dated: 9/6, 2018.

WILD, CARTER & TIPTON

By: _____
Steven S. Dias
Robin M. Hall
Attorneys for MARIO CUADRA

Dated: _____, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Anthony N. DeMaria
Attorney for GEORGE BROWN SPORTS CLUB PALM, LLC. and GEORGE BROWN SPORTS CLUB, INC.

Dated: _____, 2018.

O'BRIEN & ASSOCIATES

By: _____
Patrick K. O'Brien
Kathleen C. Miller
Attorneys for KENNETH GLEN CLARK dba CLARK INSTALLATION

Dated: _____, 2018.

YOKA & SMITH LLP

By: _____

-2-

STIPULATION TO VACATE SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION

This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original Stipulation, but all of which together shall constitute one and the same instrument. This Stipulation may be executed via facsimile and the signatures thereon shall be deemed original signatures.

Dated: _____, 2018.   WILD, CARTER & TIPTON

By: _____
Steven S. Dias
Robin M. Hall
Attorneys for MARIO CUADRA

Dated: September 7, 2018.   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ *signature* for
Anthony N. DeMaria
Attorney for GEORGE BROWN SPORTS CLUB PALM, LLC. and GEORGE BROWN SPORTS CLUB, INC.

Dated: _____, 2018.   O'BRIEN & ASSOCIATES

By: _____
Patrick K. O'Brien
Kathleen C. Miller
Attorneys for KENNETH GLEN CLARK dba CLARK INSTALLATION

Dated: _____, 2018.   YOKA & SMITH LLP

By: _____

This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original Stipulation, but all of which together shall constitute one and the same instrument. This Stipulation may be executed via facsimile and the signatures thereon shall be deemed original signatures.

Dated: _____, 2018.   WILD, CARTER & TIPTON

By: _____
    Steven S. Dias
    Robin M. Hall
    Attorneys for MARIO CUADRA

Dated: _____, 2018.   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
    Anthony N. DeMaria
    Attorney for GEORGE BROWN SPORTS CLUB PALM, LLC. and GEORGE BROWN SPORTS CLUB, INC.

Dated: 9/7, 2018.   O'BRIEN & ASSOCIATES

By: *Kathleen C Miller* (signature)
    Patrick K. O'Brien
    Kathleen C. Miller
    Attorneys for KENNETH GLEN CLARK dba CLARK INSTALLATION

Dated: _____, 2018.   YOKA & SMITH LLP

By: _____

-2-

STIPULATION TO VACATE SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION

WILD, CARTER & TIPTON
A Professional Corporation
246 WEST SHAW AVENUE
FRESNO, CA 93704

WILD, CARTER & TIPTON
A Professional Corporation
246 WEST SHAW AVENUE
FRESNO, CA 93704

|  |  |
|---|---|
|  | Alice Chen Smith<br>Alexander J. Sharp<br>Attorneys for WCM, INC. dba TEC-SPEC CONSTRUCTIONS |
| Dated: September 6, 2018. | LONG & DELIS<br><br>By: _____<br>T. Patrick Long<br>Warren B. Campbell<br>Attorneys for JOHNSTON CONTRACTING, INC. |

**IT IS SO ORDERED.**

Dated: _____

_____
United States Magistrate Judge

This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original Stipulation, but all of which together shall constitute one and the same instrument. This Stipulation may be executed via facsimile and the signatures thereon shall be deemed original signatures.

Dated: _____, 2018.  WILD, CARTER & TIPTON

By: _____
Steven S. Dias
Robin M. Hall
Attorneys for MARIO CUADRA

Dated: _____, 2018.  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Anthony N. DeMaria
Attorney for GEORGE BROWN SPORTS CLUB PALM, LLC, and GEORGE BROWN SPORTS CLUB, INC.

Dated: _____, 2018.  O'BRIEN & ASSOCIATES

By: _____
Patrick K. O'Brien
Kathleen C. Miller
Attorneys for KENNETH GLEN CLARK dba CLARK INSTALLATION

Dated: 9-7 / 8K, 2018.  YOKA & SMITH LLP

By: _____

-2-

WILD, CARTER & TIPTON
A Professional Corporation
246 WEST SHAW AVENUE
FRESNO, CA 93704

STIPULATION TO VACATE SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION

WILD, CARTER & TIPTON
A Professional Corporation
246 WEST SHAW AVENUE
FRESNO, CA 93704

Alice Chen Smith
~~Alexander J. Sharp~~ Smith (Sen.) Kim
Attorneys for WCM, INC. dba TEC-SPEC CONSTRUCTIONS

Dated: September 6, 2018.

LONG & DELIS

By: _____
T. Patrick Long
Warren B. Campbell
Attorneys for JOHNSTON CONTRACTING, INC.

IT IS SO ORDERED.

Dated: _____Sept 7, 2018_____     _____
United States Magistrate Judge

-3-