8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11 MARIO CUADRA, | Case No. 1:17-CV-01063 DAD-BAM |
| 12         Plaintiff, | **STIPULATED ORDER FOR THE PHYSICAL EXAMINATION OF PLAINTIFF MARIO CUADRA** |
| 13    v. | |
| 14 GEORGE BROWN SPORTS CLUB-PALM, LLC, *et al.* | **(ECF No. 72)** |
| 15         Defendants. | |
| 16 | |
| 17 WCM, INC. dba TEC SPEC, | |
| 18         Third Party Plaintiff, | |
| 19    v. | |
| 20 AMERICAN SPECIALTIES, INC.*, et al.*, | |
| 21         Third Party Defendants. | |
| 22 | |
| 23 JOHNSON CONTRACTING, INC., | |
| 24         Third Party Plaintiff, | |
| 25    v. | |
| 26 WILLIAM MCKEAND, dba TEC SPEC; WCM, INC., dba TEC SPECK, *et al.*, | |
| 27         Third Party Defendants. | |
| 28 | |

Plaintiff MARIO CUADRA ("Plaintiff") and Third-Party Defendant/Third-Party Plaintiff/Cross-Defendant WMC, INC. dba TEC-SPEC CONSTRUCTIONS ("Tec-Spec") and Defendants GEORGE BROWN SPORTS CLUB PALM, LLC and GEORGE BROWN SPORTS CLUB, INC. (collectively "GB3") (hereinafter collectively referred to as "Defendants"), by and through their respective counsel, and, pursuant to the Federal Rule of Civil Procedure 35, hereby stipulate and agree as follows:

**Physical (Orthopedic) Examination**

1. That a controversy exists regarding the physical condition of Plaintiff MARIO CUADRA ("Cuadra" or "Plaintiff) based on the claims of injuries alleged by Plaintiff in this lawsuit.

2. That good cause exists for a physical examination of Plaintiff in that said examination would be the best method to evaluate the physical condition of Plaintiff and his claims of injury/ies, past and future medical care, past and future medical treatment, illness, and/or incapacity.

3. The date and time for the physical examination will be December 4, 2018, at 11:00a.m. Pacific Time.

4. The physical examination will be performed by Michael Klein, M.D., a licensed Orthopedic Surgeon.

5. The location for the examination will be SIMONIAN SPORTS MEDICINE CLINIC, 729 N. Medical Center Dr. West, Suite 101, Clovis, California.

6. The manner for the physical examination will be a two-part examination consisting of an interview and physical examination. Specifically:

    a. An interview consisting of a history of the subject accident as it pertains to the mechanism of Plaintiff's claimed injuries, a prior and subsequent history as it pertains to complaints or injuries that involve the same body part(s) claimed to have been injured in the subject accident, a history of any consultation or examination or treatment from any health care provider for any injury attributable to the subject accident, Plaintiff's claims of injury, illness and/or incapacity and Plaintiff's treatment for such claims of injury, illness and/or incapacity; and

    b. A physical examination involving vitals being taken and examination of Plaintiff's body parts claimed to have been injured in this action, including but not limited to head,

neck, shoulders, left leg, left knee, left thigh, left arm, right knee, right leg, low back, and left lower extremity injuries. The examination will not include any diagnostic test or procedure that is painful, protracted or intrusive.

7. It is further stipulated that, after the examination, a copy of Dr. Klein's report related to the examination will be produced to Plaintiff's counsel as required by Federal Rule of Civil Procedure Rule 35.

8. There will be no videotaping of any portion of the examination. The examination may be audio recorded. A copy of such an audio recording shall be provided to Plaintiff's counsel, if one is done.

9. Plaintiff agrees to reasonably comply with Dr. Klein's cancellation policy and will advise Defendants if he is unable to attend this examination no less than five (5) days prior to the examination. Plaintiff will be responsible for payment of Dr. Klein's service fee for any failure to comply with the cancellation policy. In this situation, Plaintiff and Defendants agree to work together to promptly reschedule the examination and reasonably resolve any issues regarding the physical examination.

**Physical (Neurological) Examination**

10. That a controversy exists regarding the physical condition of Plaintiff MARIO CUADRA from a neurological standpoint.

11. That good cause exists for a neurological examination of Plaintiff in that said examination would be the best method to evaluate the neurological condition of Plaintiff and his claims of the effect of his injury, past and future medical care, past and future medical treatment, illness and/or incapacity.

12. The date and time for the physical examination will be December 6, 2018, at 11:00a.m. Pacific Time.

13. The physical examination will be performed by Harvey Lawrence Edmonds, M.D., FAAN, a California licensed doctor..

14. The location for the examination will be 728 E. Bullard Ave., Ste. 104, Fresno, California 93710.

15. The manner, scope, conditions and nature of the doctor's examination encompass a physical and neurological examination of Plaintiff with respect to Plaintiff's accident-related injuries of neurologic deficits of loss of dexterity, claim(s) of personal injury, loss of strength and related residuals; this examination shall include, but not limited to the taking of a medical history, the testing of Plaintiff's nerves in his legs, lower extremities, and evaluation of Plaintiff's head, neck, torso, back, upper and lower extremities, and all nerves and/or neurological systems related thereto, as well as any other such standard neurological tests. This examination will not include any test or procedure that is painful, protracted or intrusive.

16. No invasive procedures, such as blood or urine samples, will be required. The examination will not include any diagnostic test or procedure that is painful, protracted or intrusive.

17. There will be no videotaping of any portion of the examination. The examination may be audio recorded. A copy of any such audio recording shall be provided to Plaintiff's counsel, if audio recording is done.

18. It is further stipulated that, following the examination, a copy of Dr. Klein's report related to the examination will be produced to Plaintiff's counsel as required by Federal Rule of Civil Procedure Rule 35.

19. Plaintiff agrees to reasonably comply with Dr. Edmonds' cancellation policy and will advise Defendants if he is unable to attend this examination no less than five (5) days prior to the examination. Plaintiff will be responsible for payment of Dr. Edmonds' service fee for any failure to comply with the cancellation policy. In this situation, Plaintiff and Defendants agree to work together to promptly reschedule the examination and reasonably resolve any issues regarding the mental examination.

The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further that faxed signatures shall be treated as originals.

4
STIPULATED ORDER FOR THE PHYSICAL EXAMINATION OF PLAINTIFF MARIO CUADRA

Dated: November ___, 2018       McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH LLP


                                By: _____
                                       Anthony N. DeMaria
                                Attorneys for GEORGE BROWN SPORTS CLUB
                                PALM, LLC. and GEORGE BROWN SPORTS
                                         CLUB, INC.

Dated: November ___, 2018              DIAS HALL


                                By: _____
                                       Steven S. Dias
                                       Robin M. Hall
                                Attorneys for MARIO CUADRA


Dated: November ___, 2018              YOKA & SMITH LLP


                                By: _____
                                       Alice Chen Smith
                                       Alexander J. Sharp
                                Attorneys for WCM, INC. dba TEC-SPEC
                                         CONSTRUCTIONS

## **ORDER**

Good cause having been shown and the parities having stipulated to the same (ECF No. 72), the Court approves the Stipulation for the Physical Examination of Plaintiff Mario Cuardra (ECF No. 72), pursuant to Federal Rule of Civil Procedure 35, and adopts the terms of that stipulation, as set forth therein and above, as the Order of the Court. All parties in this action shall abide by the terms of this Stipulated Order for the Physical Examination of Plaintiff Mario Cuadra.

IT IS SO ORDERED.

Dated: **November 9, 2018**         /s/ *Erin P. Grosj*
                                    UNITED STATES MAGISTRATE JUDGE