1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
     *anthony.demaria@mccormickbarstow.com*
3  Jessica M. Boujikian #316527
     *jessica.boujikian@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:     (559) 433-2300
6
   Attorneys for GEORGE BROWN SPORTS
7  CLUB PALM, LLC. and GEORGE BROWN
   SPORTS CLUB, INC.

8

9                    UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

12  MARIO CUADRA,                          Case No. 1:17-cv-01063-DAD-EPG

13            Plaintiff,                    **STIPULATION FOR THE
                                            CONTINUANCE OF THE NON-EXPERT
14       v.                                 DISCOVERY CUTOFF DATE**

15  GEORGE BROWN SPORTS CLUB-PALM,
    LLC; GEORGE BROWN SPORTS CLUB,
16  INC.; JOHNSTON CONTRACTING, INC.;
    and DOES 1 to 100, inclusive,
17
            Defendants.
18

19  AND ALL RELATED MATTERS

20

21

22       Plaintiff MARIO CUADRA ("Plaintiff"), Third-Party Defendant/Third-Party Cross-

23  Claimant/Cross-Defendant, KENNETH GLEN CLARK dba CLARK INSTALLATION ("Clark

24  Installation"), Third-Party Defendant/Third-Party Plaintiff/Cross-Defendant WMC, INC. dba TEC-

25  SPEC CONSTRUCTIONS ("Tec-Spec"), Defendant and Third-Party Plaintiff JOHNSTON

26  CONTRACTING, INC. ("Johnston"), Defendants GEORGE BROWN SPORTS CLUB PALM,

27  LLC and GEORGE BROWN SPORTS CLUB, INC. (collectively "GB3") (hereinafter collectively

28  referred to as "Parties"), by and through their respective counsel, hereby stipulate and agree as

follows:

     1.     Pursuant to the Scheduling Conference Order of the Court, Dkt. 47 (filed on 3/09/2018), the Nonexpert Discovery Cutoff date is December 7, 2018.

     2.     Pursuant to the Scheduling Conference Order of the Court, Dkt. 47 (filed on 3/09/2018), the Expert Disclosure date is January 7, 2019.

     3.     Pursuant to the Scheduling Conference Order of the Court, Dkt. 47 (filed on 3/09/2018), the Rebuttal Expert Disclosure date is February 7, 2019.

     4.     Pursuant to the Scheduling Conference Order of the Court, Dkt. 47 (filed on 3/09/2018), the Expert Discovery Cutoff date is March 7, 2019.

     5.     All Parties are amenable to extending the Nonexpert Discovery Cutoff date to February 8, 2019, to permit the parties to complete Independent Medical Examinations pursuant to Rule 35 of the Federal Rules of Civil Procedure, lay witness depositions, and written discovery.

     6.     All Parties are amenable to extending the Expert Disclosure date to February 22, 2019.

     7.     All Parties are amenable to extending the Rebuttal Expert Disclosure date to March 15, 2019.

     8.     All Parties are amenable to extending the Expert Discovery Cutoff date to April 19, 2019

     9.     A continuance of the above dates will allow the Parties to participate in a meaningful mediation and allow the best opportunity to settle the matter by avoiding undue expense.

     10.     This stipulation is not intended to extend the Dispositive Motion Filing Deadline of April 22, 2019.

Respectfully submitted,

| | |
|---|---|
| 1 | Dated: November ___, 2018 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Dated: November ___, 2018 |
| 10 | |

Dated: November ___, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:_____
Anthony N. DeMaria
Jessica Boujikian
Attorneys for GEORGE BROWN SPORTS CLUB
PALM, LLC. and GEORGE BROWN SPORTS
CLUB, INC.

Dated: November ___, 2018

O'BBRIEN & ASSOCIATES

By:_____
Patrick K. O'Brien
Kathleen C. Miller
Attorneys for KENNETH GLEN CLARK dba
CLARK INSTALLATION

1    Dated:  November ___, 2018                              YOKA & SMITH LLP

2

3

4                                                    By:_____
                                                          Sung Ho (Sean) Kim, Esq.
5                                                          Alice Chen Smith
                                                          Alexander J. Sharp
6                                                    Attorneys for WCM, INC. dba TEC-SPEC
                                                          CONSTRUCTIONS
7

8

9

10

11

12

13

14   Dated:  November ___, 2018                              LONG & DELIS

15

16

17                                                   By:_____
                                                          T. Patrick Long
18                                                        Warren B. Campbell
                                                    Attorneys for JOHNSTON CONTRACTING, INC.
19

20

21   Dated:  November ___, 2018                              DIAS HALL

22

23                                                   By:_____
                                                          Steven S. Dias
24                                                        Robin M. Hall
                                                    Attorneys for MARIO CUADRA
25

26

27

28

## **ORDER**

Pursuant to the above stipulation, and good cause appearing, the Scheduling Order, (ECF No. 47), in this action is modified as follows: the Nonexpert Discovery Cutoff date is February 8, 2019; the Expert Disclosure date is February 22, 2019; the Rebuttal Expert Disclosure date is March 15, 2019; and the Expert Discovery Cutoff date is April 19, 2019. All other dates in the Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated: __**November 16, 2018**__                /s/ _Eric P. Group_
                                                UNITED STATES MAGISTRATE JUDGE