

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CUADRA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE BROWN SPORTS CLUB-PALM; INC., *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01063-DAD-EPG<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL AND RELATED DATES AND TO AMEND COMPLAINT**<br><br>(ECF No. 77) |

In accordance with the stipulation of the parties, (ECF No. 77), and good cause appearing, it is hereby ordered that:

1. The current schedule in this matter, (ECF Nos. 47, 76), is hereby vacated;
2. Plaintiff may file an amended complaint; and
3. A Scheduling Conference is set for April 10, 2019 at 10:00 AM. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

\\\
\\\
\\\
\\\
\\\

The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED:

DATED: Jan. 14, 2019

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE