**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO CUADRA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE BROWN SPORTS CLUB-PALM, INC.; GEORGE BROWN SPORTS CLUB, INC; JOHNSTON CONTRACTING, INC.; and DOES 1 THROUGH 100,<br><br>　　　　　Defendants.<br><br>AND RELATED THIRD-PARTY ACTIONS. | Case No. 1:17-CV-01063 DAD EPG<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 136) |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

//

//

//

1

| | | | |
|---|---|---|---|
| Dated: May 8, 2020 | | By: | /S/ Steven S. Dias |
| | | | STEVEN S. DIAS |
| | | | Attorney for Plaintiff, Mario Cuadra |

Dated: May 8, 2020         By:   /S/ Anthony N. DeMaria
                                 ANTHONY N. DeMARIA
                                 Attorney for Defendants, Third Party
                                 Plaintiff, Cross-Claim Plaintiff, GEORGE
                                 BROWN SPORTS CLUB PALM LLC,
                                 et al.

Dated: May 8, 2020         By:   /S/ T. Patrick Long
                                 T. PATRICK LONG or
                                 WARREN B. CAMPBELL
                                 Attorney for Defendant/Cross
                                 Defendant/Third Party Plaintiff,
                                 JOHNSTON CONTRACTING, INC.

Dated: May 8, 2020         By:   /S/ Kathleen C. Miller
                                 PATRICK K. O'BRIEN or
                                 KATHLEEN C. MILLER or
                                 BATKHAND ZOLJARGAL
                                 Attorney for Third Party
                                 Defendant/Counterclaim Plaintiff/
                                 KENNETH GLEN CLARK dba CLARK
                                 INSTALLATION.

Dated: May 8, 2020         By:   /S/ Alice Chen Smith
                                 ALICE CHEN SMITH
                                 Attorney for Third Party Plaintiff/ Third
                                 Party Defendant Defendant/Cross
                                 Defendant, WCM, INC. dba TEC SPEC,
                                 INC.

**ORDER**

The parties have filed a stipulation to dismiss the entire action with prejudice (ECF No. 136). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **May 8, 2020**              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE